UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>　　Valdesia Gardens Housing Development Fund Corporation,<br><br>　　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 24-23086 (KYP) |

### REPLY TO THE DEBTOR'S RESPONSE TO THE UNITED STATES TRUSTEE'S OBJECTION TO THE STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 543(d)(1) EXCUSING STATE COURT RECEIVER FROM PROVISIONS OF 11 U.S.C. § 543(a) AND MOTION TO APPOINT A CHAPTER 11 TRUSTEE

TO: HONORABLE KYU YOUNG PAEK,
　　UNITED STATES BANKRUPTCY JUDGE:

　　William K. Harrington, United States Trustee for Region 2 (the "United States Trustee"), through his counsel, respectfully submits this reply to the *Debtor's Response to the United States Trustee's Objection to the Stipulation and Order Pursuant to 11 U.S.C. § 543(d)(1) excusing state court receiver from provisions of 11 U.S.C. § 543(a) and Motion to Appoint a Chapter 11 Trustee* (the "Debtors' Response")(ECF No. 32).

　　Based on the Debtor's Response, the U.S. Trustee's objection to the stipulation and order and motion to appoint a Chapter 11 Trustee are hereby resolved. This resolution is without prejudice to the U.S. Trustee to seek appropriate remedies should facts and circumstances change in the future.

　　Dated:  New York, New York
　　　　　　February 26, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM K. HARRINGTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE

1

By:   */s/ Tara Tiantian*
Tara Tiantian
Daniel Rudewicz
Trial Attorneys
Office of the United States Trustee
One Bowling Green, Room 534
New York, New York 10004
Telephone: (212) 510-0500

2